**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alvaro HERRERA–GERONIMO, also**
**known as Rafael Nunez–Herrera,**
**Defendant–Appellant.**

**No. 05–41812.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 25, 2006.

Kerry M. Klintworth, Assistant U.S. Attorney, Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Bernard John Shealy, Federal Public Defender's Office, Tyler, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alvaro Herrera–Geronimo (Herrera) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Herrera was notified of his right to file a response, but he failed to do so. Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.